79,518-03

Cause No. 2009-CR 8626D

Juan A. MoRENO

V.

THE STATE OF TEXAS

§
§
§
§
§

IN THE DISTRICT COURT

379 TH JUDICIAL DISTRICT

BEXAR COUNTY TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 15 2015

Abel Acosta, Clerk

## WRITTEN ORDER MOTION FOR LEAVE TO FILE THE ORIGINAL APPLICATION FOR WRIT OF MANDAMUS

To. THE HONORABLE JUDGE OF CRIMINAL APPEALS

COME NOW the DEFENdant in the above styled and numbered cause files this Complian against this Clerk Donna KAY McKinneY BeXar County District Clerk 101 W NuevaSuite 217 SAN ANtoNio Texas 78205

Now COME Defendant to Show good cause For this matter, Defendant was Found indigent and represented by Court-appointed Counsel on trial and appeals. IN the Pass 4 years Defendant wrote motion and Letter to the BeXar County District Clerk Donna Kay McKinneY which are recorded in the law LibaraY Loged in at Mc Connell Unit Prison record. Now Defendant Exercising Due Dilligence In An attempt to Seek Remedy Post-COViction writ of habeasCorPus in a FelonY Case. TEX. CODE CRIM. PROC. ANN. art 11.07 (b) West SuPP 2012)); Defendant being askins For transcript record all COMPulsory discovery evidence in State Possesion Art 39.14 DiscoverY, AND Art.11.073 Related to ScienTific Dr. Kellogg DR.NANCY Kellogg a Pediatrician with the university of Texas Health Science Center of SaN Antonio.

1 of 1

Now Defendant ask the HONORABLE JUDGE OF CRIMINAL APPeals its mercY to help in this matter Files this written order motion to Review Designation of Record on APPeals Requested trial / APPellate Record, Pursuant to Rule 34.6 (b) of the texas Rules of aPPellate Procedure, and ReQuests that the Clerk of this HonoRable Court make And PrePare as Part of the ReCord in aPPeals of this Cause true and correct CoPies of Followins matters in this Cause in any Predecessor Causes. Defendant Record is needed to decide the issues Presented in the aPPlication For writ of habeas CorPus. See United State V. macolion 426 U.S.317, 325-26 (1976) Defendant is entitled to have his motion heard and ruled on bY the trial Court Creel 818 SW. 2d at 46 ; GraY 726 Sw. 2d at 128 ; what rulins is made on the motion is within the trial Court's discretion See GraY 726 Sw.2d at 128 ; white 640 sw.2d at 593-94

IN RE christen Sen 39 Sw.3d 250 (Tex.APP-Amarillo 2000) Fundamental requirement of Due Process mandate an oPPortunitY to be heard. Creel V. District AttY, FoR medina CountY 818 SW 2d 45,46 (Tex.1991) Thus a District Court maY be ComPelled via mandamus to Consider and rule on a Pending motion Presented to the Court. See State ex rel. CurrY State (GRAY) 726 Sw.2d 125,128 (Tex. Crim. APP 1987)

Defendant ask all discoverY evidence (1) transcriPt) (2) ANY And ALL Police RePorts (3) warrants (4) PhYsicaLevidence (5) DNA, Forensics (6) Criminal Back Grounds of all witnesses (7) I Am Requestins CoPies of alL ReleVant information PertAining to mY Case. Section 1. article 39.14 Code of Criminal Procedure, Art 39.14 DiscoVerY Sec 1. Disclosure BY State (a) Art 39.15 (1) anY evidence releVant to the defendant's Guilt or Punishment (2) anY written or recorded statement, anY law enforcement officer, anY other Person that is related to the Case charsed, rePorts bY law enforcement or other government.

1 of 2

## PRAYER

Where Fore, Premises Considered the Defendant Respectfully Pray that this Order the Clerk, Written ORDER Motion For Leave to File the Original Application For writ of mandamus be Granted.

## ORDER

Address it is Further Ordered that a Copy of this Order Shall be Sent to (1) IN THE District Court 379th Judicial District Clerk Donna Kay McKinney 101 W Nueva Suite 217 San Antonio texas 78205- (2) Crystal D. Chandler Assistant Criminal District Center 300 Dolorosa Suite 4028 San Antonio, TX 78205-3030.

## CERTIFICATE OF SERVICE

I, Certify that a true and correct of the Foregoing written order motion For Leave to File the Original application For writ of mandamus, was mailed to Abel Acosta Clerk Court of Criminal appeals of texas, P.o. BOX 12308 Austin, TX 78711

## INMATE'S DECLARATION

I, Juan A. moReno, T.D.C.J. No. 1689833, being Presonlly incarcerated in mc Connell Unit 3001 S. Emily Drive Beeville, TX 78102 declare under Penalty of Perjury that the Foregoing is true and correct

Signature of affriant

Juan A. moreno

Pro SE # 1689833

Dated January 11, 2015

cc. filed                    1 of 3

January 7, 2015

To. District Clerk Donna Kay Mckinney
101 W Nueva Suite 217 San Antonio tehas 78205

Clerk Donna I'am Exercising Due Dilligence In an attempt
to seek Remedy to Correct this Pass inaction by the clerk ab
Court to Respond to my Requests for Record, as Per the instruction
is given to me able Acosta Clerk Court ab Criminal appeals Dated
August 6, 2013; was given also instruction is for Record (Transt-
Cript) the San Antonio Court ab appeals has already has In An
order entered April 4, 2013; the Court ab appeals out line the
Procedure to be followed in Seeking Post-Conviction Relief
See moreno V. state NO. 04-10908 CR (Tex. APP, San Antonio,
April 4, 2013; moreno is Seeking Due Dilligence in an attempt
to Seek Remedy Post-Conviction writ ab habeas Corkus in
a felony Case. TEX. CODE CRIM. PROC. ANN. art 11.07 (b)(west
Supp 2012); moreno has followed these Procedures which
was given to him instruction in the United State District Court
for the western District ab tehas on July 12, 2013; NO. SA-13CA-606
October 21, 2013; No. SA-13-CA 606; Clerk Donna I have wrote to
you Several letter and motion within the Pass 4, years with
the application to Proceed in forma Paukeris with (6) Sixth month
inmate truth fun account showing my indigent, recorded loged
in at the law libaray mc Connell unit Prison. the united State
District Court for the western District ab tehas San Antonio,
Division Civil Action No. SA14-CA1093; they ehrepted my
2254 writ with application to Proceed in forma Paukeris, Due
Dilligence in an attempt to Seek Remedy. here are letter and motio
ab Copies Dated send to you (1) June 27, 2011; (2) July 23, 2012; (3)
December 23, 2013; (4) December 23, 2014; (5) november 3, 2014; (6)
January 4, 2015; Clerk Donna from this Pass 4, Years you, only
Send to me one letter Dated on December 9, 2014; Stating Please make
money order Payable to Donna Kay mc Kinney Behar County District
Copies Computer Print out $1.00 Per Page. will filed this letter to
the united State District Court, and District attorey.

1 ab 1